# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153016

HARTLAND GLEN DEVELOPMENT, L.L.C.,
      Petitioner-Appellant,

v

                                  SC: 153016
                                  COA: 321347
                                  Tax Tribunal: 00-423343;

TOWNSHIP OF HARTLAND,
      Respondent-Appellee.                            00-427021

_____/

      On order of the Court, the application for leave to appeal the October 20, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016                

s1121                                          Clerk